**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Just One More Restaurant Corp.** |
| 2. | All other names debtor used in the last 8 years — Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-0895070** |
| 4. | Debtor's address | **Principal place of business**<br>**8955 Fontana Del Sol Way, 2nd Floor**<br>**Naples, FL 34109**<br>Number, Street, City, State & ZIP Code<br><br>**Collier**<br>County<br><br>**Mailing address, if different from principal place of business**<br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Just One More Restaurant Corp.**                                                                  Case number (*if known*) _____
         <sub>Name</sub>

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Just One More Holding Corp.** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Middle District of Florida** | When | Case number, if known |

---

Official Form 201                         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                         page 2

Debtor **Just One More Restaurant Corp.**   Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Just One More Restaurant Corp.**                                   Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 7, 2019**
              MM / DD / YYYY

X **/s/ Gerard A. McHale**                              **Gerard A. McHale**
  Signature of authorized representative of debtor      Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Paul Steven Singerman**                         Date **March 7, 2019**
  Signature of attorney for debtor                            MM / DD / YYYY

**Paul Steven Singerman 378860**
Printed name

**Berger Singerman LLP**
Firm name

**1450 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone   **305-755-9500**       Email address   **singerman@bergersingerman.com**

**378860 FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re: **Just One More Restaurant Corp.**, Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 7, 2019**

**/s/ Gerard A. McHale**
**Gerard A. McHale**/**Chief Restructuring Officer**
Signer/Title

Adam L. Shiff, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

Chicago Palm, Inc.
c/o The Palm Chicago
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Gary Ganzi
74 Valleyfield Street
Lexington, MA 02421

Alan Levine, Esq.
Cooley LLP
1114 Avenue of the Americas
46th Floor
New York, NY 10036

Claire Breen
7 Ryan Street
Syosset, NY 11791

Hoteles Presidente, S.A.
Campos Eliseos 218 - 11th Fl
Polanco, CP 11560
Mexico

Atlanta Palm Food Corp.
c/o The Palm Atlanta
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Cooley LLP
Attn:  Alan Levine, Esq.
1114 Avenue of the Americas
16th Floor
New York, NY 10036

Ian Shapiro, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Atlantic City Palm, LLC
c/o The Palm Atlantic City
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Coral Gables Palm Restaurant
4425 Ponce de Leon Blvd.
Ste. 140
Miami, FL 33146

Just One More Holding Corp.
8955 Fontana Del Sol Way
2nd Floor
Naples, FL 34109

Bank of America, N.A.
P.O. Box 448
Location Code SC3-240-03-05
Columbia, SC 29202

Corporate Creations
11380 Prosperity Farms Road
#221E
Palm Beach Gardens, FL 33410

LA Downtown Palm, LLC
c/o The Palm Los Angeles
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Bank of America, N.A.
P.O. Box 448
Location Code SC3-240-03-05
Columbia, SC 29202

David S. Rosner, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

Los Angeles Palm, Inc.
c.o The Los Angeles Palm
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Boston Palm Corporation
c/o The Palm Boston
1730 Rhode Island AVe., N.W.
#900
Washington, DC 20036

Denver Palm Corporation
c/o The Palm Denver
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Manhattan Mini Storage
543 W. 43rd Street
New York, NY 10036

Bruce E. Bozzi, Sr.
2161 Gulf of Mexico Drive
Apt. 3B-1
Longboat Key, FL 34228

Estate of Charles Cook
c/o Meridithe Shields
58 Bluestone Court
Kingston, NY 12401

Miami Palm Restaurant Inc.
c/o The Palm Miami
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Charlotte Palm Corporation
c/o The Palm Charlotte
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Frederic S. Newman, Esq.
Hoguet Newman Regal & Kenney
10 East 40th Street
35th Floor
New York, NY 10016

Nashville Palm Restaurant LL
c/o The Palm Nashville
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Northbrook Palm, LLC
2000 Northbrook Court
Northbrook, IL 60062

NY Department of Finance
P.O. Box 3933
New York, NY 10008

NYD Dept. of Health and
Mental Division of Permits
Church Street Station
P.O. Box 4081
New York, NY 10261

NYS Department of Taxation
and Finance
WA Harrington Campus
Albany, NY 12227

Palm Beverly Hills
Restaurant, LLC
1730 Rhode Island Ave., N.W.
Suite 900
Washington, DC 20036

Palm Management Corporation
1730 Rhode Island Ave., N.W.
Ste. 900
Washington, DC 20036

Palm New York Downtown LLC
c/o The Palm Tribeca
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm Orlando Corporation
c/o The Palm Orlando
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm Restaurant of Houston
c/o The Palm Houston
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm Restaurant of Las Vegas
c/o The Palm Las Vegas
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm Restaurant of Philadelp
c/o The Palm Philadelphia
1730 Rhode Island Ave., N.W.
Washington, DC 20036

Palm Restaurant Puerto Rico
c/o The San Juan Palm Restau
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm Restaurant, Inc.
c/o The Palm Too
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm Troy Company, LLC
c/o The Troy Palm Restaurant
5600 Crooks Road
Troy, MI 48098

Palm Tysons Too, Inc.
c/o The Palm Tysons Corner
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Palm West Corporation
c/o The Palm West Side
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

PMC d/b/a Hedges Inn
c/o the James Lane Cafe Rest
73 James Lane
East Hampton, NY 11937

PMC d/b/a Huntting Inn
c/o The Palm East Hampton
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Robert A. Schatzman, Esq.
GrayRobinson P.A.
333 S.E. 2nd Ave., Ste. 3200
Miami, FL 33131

San Antonio Palm Restaurant
c/o The Palm San Antonio
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

San Diego Palm, LLC
c/o The San Diego Palm Resta
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Steven J. Solomon, Esq.
GrayRobinson P.A.
333 S.E. 2nd Ave., Ste. 3200
Miami, FL 33131

Tampa Palm Restaurant, LLC
c/o The Tampa Palm Restauran
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

The Dallas Palm Restaurant
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

The Washington Palm, Inc.
c/o The Palm Washington DC
1730 Rhode Island Ave., N.W.
#900
Washington, DC 20036

Walter J. Ganzi, Jr.
8171 Bay Colony Drive
Apt. 1902
Naples, FL 34108

**EXECUTION VERSION**

# MINUTES OF SPECIAL MEETING
# OF
# BOARD OF DIRECTORS
# OF
# JUST ONE MORE RESTAURANT CORP.,
a New York corporation

A special meeting (the "Meeting") of the Board of Directors (the "Board") of Just One More Restaurant Corp., a New York corporation (the "Company"), commenced at 1:00 p.m. on March 6, 2019 at the executive offices of the Company located at 8955 Fontana Del Sol Way, 2nd Floor, Naples, Florida 34109, pursuant to notice duly given. Each member of the Board has also waived any and all notice requirements in connection with the resolutions unanimously adopted herein.

Present at the meeting were Bruce E. Bozzi, Sr. and Walter J. Ganzi, Jr., being all of the members of the Board. Also present on conference telephone call were Paul Steven Singerman and Christopher Andrew Jarvinen of Berger Singerman LLP and in person was Gerard McHale of McHale, P.A. Bruce E. Bozzi, Sr. acted as the Secretary of the Meeting.

**1. Chapter 11 Case.**

As the first order of business, the Board considered the Company's filing of a Chapter 11 bankruptcy case. After discussion, the Board made the following findings and adopted the following resolutions:

WHEREAS, the CRO of the Company has recommended to the Board that the Company file a Chapter 11 bankruptcy case, and:

WHEREAS, the Board has determined that it is in the best interests of the Company and its constituencies to authorize and empower the CRO of the Company to file a Chapter 11 bankruptcy case on behalf of the Company, it is therefore;

RESOLVED, that the Board hereby approves and ratifies the recommendation to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on behalf of the Company in the United States Bankruptcy Court for the Middle District of Florida (the "Chapter 11 Case") and authorizes the CRO (as defined below) to execute and deliver any and all documents required by, necessary or appropriate to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents"); and it is further

RESOLVED, that the Board hereby approves and ratifies the employment by the Company of the law firm of Berger Singerman LLP as bankruptcy counsel to the Company; and it is further

RESOLVED, that the Board hereby approves and ratifies the engagement by the Company of McHale, P.A., including Jerry McHale, as the Company's Chief Restructuring Officer (the "CRO") in connection with the Chapter 11 Case and the agreement with respect to such engagement between

the Company and the CRO dated February 21, 2019 (the "CRO Engagement Letter Agreement"); and it is further

RESOLVED, that the Board hereby authorizes the CRO to take all steps and actions necessary as set forth in CRO Engagement Letter Agreement, including but not limited to, causing the Company to file the Chapter 11 Documents and initiate and pursue the Chapter 11 Case. The CRO Engagement Letter Agreement will be attached as an exhibit to the application to be filed in the United States Bankruptcy Court for the Middle District of Florida seeking authorization to retain the CRO for the Company in the Chapter 11 bankruptcy case.

**2.     General Authorization and Ratification.**

IT IS FURTHER RESOLVED, that the Board hereby authorizes and directs the Chief Executive Officer, the President, the Treasurer, the Secretary or any of the directors of the Company to execute and deliver, on behalf of the Company, (i) a letter of engagement with Berger Singerman LLP, and (ii) the CRO Engagement Letter Agreement, and (iii) any other professional engagement letter; and it is further

RESOLVED, that the Board hereby authorizes and directs the CRO or the President or any of the directors to prepare and execute, and the Secretary or any Assistant Secretary be and each hereby is authorized to attest to (i) all Chapter 11 Documents, and (ii) all documents, certificates and instruments required by, referenced or described in, or related to, the Chapter 11 Case; and it is further

RESOLVED, that the CRO is hereby authorized to, subject to the terms of the CRO Engagement Letter Agreement, and to cause the CRO or any proper director or officer of the Company to, execute and deliver the Chapter 11 Documents in the name and on behalf of the Company and otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes as the CRO may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that the CRO deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of the CRO or any proper officer of the Company taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

RESOLVED, that the directors or the officers of the Company, the CRO, and counsel for the Company be, and they hereby are, authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the name and on behalf of the Company under its corporate seal or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions; and it is further

RESOLVED, that these resolutions and actions shall be the actions of the Board of Directors of the Company, and the Secretary or any Assistant Secretary or any Treasurer of the Company is

hereby directed to place these Minutes of the Special Meeting of the Board of Directors with the records of the proceedings of the Board.

There being no further matters to come before the Board, the Meeting was adjourned.

Signature on Following Page

Dated: March 2, 2019

                                                                                        _____
                                                                                        Name: Bruce E. Bozzi, Sr.
                                                                                        Secretary of the Meeting