**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

Case No. 2:19−bk−01947−FMD
Chapter 11

Just One More Restaurant Corp.

Debtor* /

NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing regarding the Motion to Compel Final Distribution Filed by Joshua D Rievman on behalf of Interested Parties Claire Breen, Gary Ganzi, Gary Ganzi and Claire Breen as Attorneys−in−Fact for the Estate of Charles Cook , (Document No.916 ) , originally scheduled for October 19, 2026, has been rescheduled.

The hearing has been rescheduled and will be held on November 12, 2026 at 02:00 PM in Room 4−102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901.

Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy, Ann_DelloIacono@flmb.uscourts.gov at 813−301−5070 no later than 3:00 p.m. one business day before the date of the hearing.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated: October 8, 2026

FOR THE COURT
Jose A Rodriguez , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.